# PD-0023-15

FILED IN
COURT OF CRIMINAL APPEALS

AUG 18 2015

Abel Acosta, Clerk

Date: 8-13-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
PO Box 12308
Austin, TX  78711

Dear Mr. Acosta:

    Enclosed please find my pro se Petitioner's Motion for Extension of Time to File a Petition for Discretionary Review.  Please file this Motion with the papers of this case and bring it to the attention of the Court.

    Please date-stamp this letter and return it to me at my address shown below.

    I also request that you notify me of the Court's ruling on my Motion.

               Sincerely,

               Ronnie A Bryant
               Petitioner Pro Se
               TDCJ #1810399
               Texas Department of Criminal Justice
               Unit: Wynne Unit
               Address: 810 FM 2821
               Huntsville TX 77349

NO. _Bonne Bryant_ 13385503

_Bonne Bryant_
PETITIONER         §      IN THE TEXAS COURT

                       §

VS.                       §      OF

                       §

THE STATE OF TEXAS,      §

        RESPONDENT      §      CRIMINAL APPEALS

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, _Bonne Bryant_ , Petitioner, and files this motion for an extension

of sixty- (60) days in which to file a Petition for Discretionary Review. In support of this motion,

Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the _338_ District Court of _HARRIS_ County,

Texas of the offense of _aggravated assault on Family_ in Cause No. _13385503_

styled The State of Texas vs. _Bonnie Bryant_ The Petitioner appealed to the Court of

Appeals, _____ Supreme Judicial District, Appeal No. _____.

The case was affirmed on _____.

### II.

The present deadline for filing the Petition for Discretionary Review is _____. The

Petitioner has not requested any extension prior to this request.

### III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not

informed of the decision of the Court of Appeals in affirming his case until _____. Since

that time Petitioner has been attempting to gain legal representation in this matter. His attorney on

the appeal, _____, has informed Petitioner that he will not represent

him on the Petition for Discretionary Review.

CERTIFICATE OF SERVICE

I, _Bonnie Bryant_, do hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by United States Mail, postage prepaid, first class, to the State Prosecuting Attorney, P. O. Box 12405, Austin, TX 78711, and the District Attorney for _HARRIS_ County, Texas on the _13_ day of _August_, 20_15_.

_Ronnie Bryant_
Petitioner Pro Se

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. _133855DB_ to _____.

Respectfully submitted,

_Ronnie A Bryant_
Petitioner Pro Se
TDCJ #
Texas Department of Criminal Justice